**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 793 MAL 2018

                Respondent    :

                        :   Petition for Allowance of Appeal from

                        :   the Order of the Superior Court

              v.             :

                        :

WARREN GERBER,           :

                        :

                Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.